JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BECERRA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ILLINOIS TOOL WORKS, INC., et al.,<br><br>                    Defendants. | Case No.  CV 18-1521-GW-KSx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 8, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE